THE LYONS NATIONAL BANK OF LYONS, N. Y., Respondent, v. COLOGERO GUGLIELMINO, etc., and Others, Defendants, BURTON J. GREENE, as Trustee in Bankruptcy of CHARLES GUGLIELMINO, Otherwise Known as CHARLES WILLIAMS, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a mortgage foreclosure action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FRANK GUARRERA, Appellant, v. BUFFALO INSURANCE Co., MILLERS NATIONAL INSURANCE Co. OF CHICAGO, ILL., Respondents, and CARL DE PANE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action under fire insurance policies.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ERNEST A. REDHEAD, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action under a disability rider on a life insurance policy. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. EDWARD B. JERZEWSKI and Others, as Assessors of the Town of Cheektowaga, Erie County, N. Y., Appellants. (Assessment Year 1935.) — Judgment and order affirmed, with costs. All concur. (The judgment confirms the report of the referee and reduces the assessment on relator's property for the year 1935 and directs repayment of excess taxes paid. The order confirms the referee's report.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. ISADORE J. MAZUROWSKI and Others, as Assessors of the Town of Cheektowaga, Erie County, N. Y., Appellants. (Assessment Year 1936.) — Judgment and order affirmed, with costs. All concur. (The judgment confirms the report of the referee and reduces the assessment on relator's property for the year 1936 and directs repayment of excess taxes paid. The order confirms the referee's report.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ANNA SROGI, as Administratrix, etc., of WALTER SROGI, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal and a dismissal of the complaint on the ground that the doctrine of last clear chance is not applicable to the facts of the case. (*Woloszynowski* v. *N. Y. C. R. R. Co.*, 254 N. Y. 206; *Hernandez* v. *Brooklyn & Queens Transit Corp.*, 284 id. 535.) (The judgment is for plaintiff in a railroad negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.